

**ORDERED in the Southern District of Florida on January 23, 2020.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                          CASE NO. 19-25436-EPK
                                                CHAPTER 7
New Haven Contracting South, Inc.,

    Debtor.
_____/

### ORDER FOR RELIEF IN INVOLUNTARY CASE AND ORDER SETTING DEADLINE FOR FILING SCHEDULES, STATEMENTS AND OTHER DOCUMENTS

An involuntary petition was filed on November 15, 2019 against the above-named debtor. The debtor filed a response contesting the involuntary petition [ECF No. 11]. At a status conference held on January 23, 2020 the debtor consented on the record to entry of an order for relief.

It is **ORDERED** that relief under chapter 7 of the Bankruptcy Code (Title 11 of the United States Code) is granted.

New Haven Contracting South, Inc. is directed to file with the Clerk, United States Bankruptcy Court, the following items and comply with the following directives:

1.      Within seven days from the date of this order, the individual named above shall file a list containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H as prescribed by the Official Forms in the format required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" [see Bankruptcy Rule 1007(a)(2) and Local Rules 1007.1 and 1007.2].

2.      Within 14 days from the date of this order, the individual named above shall file schedules, statements, and, if the debtor is an individual (applicable to both joint debtors), payment advices (or indicate why any or all payment advices will not be filed on the Local Form "Declaration Regarding Payment Advices") [Bankruptcy Rules 1007(b)(1) and 1007(c) and Local Rule 1007.1(F)].

3.      Within 14 days from the date of this order, if the debtor is a corporation or other entity listed in Local Rule 1002−1(A)(2), the debtor shall file a corporate ownership statement as required by Bankruptcy Rule 1007(a)(1) and Local Rule 1002−1(A)(2).

###

The clerk of court shall serve copies of this order on the following parties:

   Debtor and Attorney for Debtor
   Trustee or U.S. Trustee (as applicable)
   Petitioning Creditors and Attorney for Petitioning Creditors
   All Appearances