UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

NEW HAVEN CONTRACTING SOUTH, INC.    CASE NO.: 19-25436-EPK
                                      CHAPTER 7

    Debtor.
_____/

NOTICE OF APPOINTMENT OF TRUSTEE

The United States Trustee for Region 21, Nancy J. Gargula, through her undersigned counsel, pursuant to Title 11, United States Code, Section 701, has appointed:

DEBORAH MENOTTE

as Trustee of the Estate of the above-styled Debtor(s). The Trustee's bond is fixed under the general blanket bond heretofore approved.

Dated: January 24, 2020

        NANCY J. GARGULA
        UNITED STATES TRUSTEE
        REGION 21

        By: */s/ Charles R. Sterbach*
            Charles R. Sterbach
            Assistant United States Trustee
            Office of the United States Trustee
            U.S. Department of Justice
            400 West Washington Street, Ste. 1100
            Orlando, FL 32801
            (407)648-6301 ext. 121
            (407)648-6323
            E-mail: Charles.r.sterbach@usdoj.gov